6:26-cv-0395 SEC P

Prisoner Complaint Civil Rights Act 42 U.S.C § 1983

United States District Court
Western District of Louisiana

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FEB 0 6 2026
DANIEL J. MCCOY, CLERK
BY: _____

x Coty James Jacquneaux x
Plantiff   D.O.C 582262           Civil Action

versus                             No
Defendants
1. State of Louisiana              Section
2. La Department of Public Safety & Corrections
3. New Iberia Probation & Parole;
   - Agent Coley Ramos
4. City of St. Martinville
5. Medical Department of St. Martinville Jail;
   Angela Bossier; Medical Department
6. Sherriff Beckett Breaux of St. Martinville Parish
7. Warden Mobley Picard of St. Martinville Parish
8. Chris Gerard Deputy of St. Martinville Jail
9. St. Martin Parish Government
10. Robert Comeaux Ex-officio Notary Dept. Pub. Safety & Corr. / 11 City of Lafayette Lafayette parish Government

Complaint
Place of Confinement Current - St. Martinville Correctional Center
Address - 400 St. Martin Street, St. Martinville, La 70582

   I Coty James Jacquneaux have all Facts and Filed All Grievances Per this Complaint.

Plantiff Decleration
① I declare under penalty of perjury that all facts represented in this complaint and any Attachments hereto are true and correct.
② I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

D.O.C #
582262        Coty Jacquneaux

## Plantiff Declaration

(3) I Understand that I am prohibited from bringing a Civil Action in Forma Pauperis if I have brought three(3) or more civil Actions in a Court of the United States while incarcerated or Detained in Any Facility that were dismissed on the Grounds that they were Frivolous, malicious, or failed to State a Claim upon which Relief may be Granted, unless I am under Imminent Danger of Serious Physical Injury.

(4) I understand that even if I am allowed to proceed in forma Pauperis, I am Responsible for paying the entire $350 filing fee and any costs Assessed by the Court, which shall be deducted from my Inmate account by my Custodian In Installment payments As prescribed by Law.

### Plantiff

Fullname - Coty James Jacqureaux
Prisoner # - 582262
Current Address - 400 St. Martin St. St. Martinville, La 70582
Home Address - 125 Holly St. Lafayette, La 70501
D.O.B 01-07-1989
Date of Arrest 06-12-25
Date of Conviction N/A
Signature [signed]

### Defendants

A. Coley Ramos, is Employed New Iberia probation & Parole
B. State of Louisiana
C. La Department of Public Safety & Corrections
D. City of St. Martinville
E. Angela Bossier & Medical Department of St. Martinville Jail
F. Sherriff Beckett Breaux employed St. Martinville Parish Jail
G. Warden Mobley Picard of St. Martinville Parish Jail
H. Chris Gerard Deputy of St. Martinville Jail
I. St. Martinville Parish Government
J. Robert Comeaux Ex-officio La Department Public Safety & Corrections
K. City of Lafayette & Lafayette Parish Government.

D.O.C 582262 / Print Coty Jacqureaux / Sign x [signed]

## Statement of Claims

1) Defendant Coley Ramos of New Iberia Probation and Parole Deliberately beyond the scope of his duty and employment violated Plantiff Coty James Jacqueaux Statutory and Constitutional Rights of Illegal Confinement and Due process. Plantiff has finished probation and satisfied sentence on 08/26/2024 as on Exibit 3. Also Illegal confinement by establishing that (1) The defendants intended or intentions to confine him. (2) That the plantiff was conscious of the confinement (3) That the claimant did not consent to the confinement (4) That the confinement was not otherwised priveleged.

2) Claimant states Defendants should not be immune because malicious Administratively imposed by Illegal term as a probation hold resulted in Claimants Injuries Sustained from being Attacked and hurt and Unlawful Confinement for over (7) seven months until claimants Probation Release & Termination on January 28, 2026 which is in violation of his Federal Rights and Entitled to 1915 Tort Action Claims.

3) Claimant Coty James Jacqueaux States Department of Public Safety & Corrections (D.O.C), D.A., Agent Coley Ramos, And other Defendants Acted beyond its jurisdiction by inserting itself in the Sentencing process and should be liable for wrongful confinement for having done so. The passing of sentence upon one convicted of a crime as well as the suspension of the sentence is the Preogative Responsibility and duty of the Courts, D.O.C, Probation & Parole & The judge which must fix the punishment and the limits there of within the bounds which the Legislature has provided for the crime. When its a Matter of Law the Initial Burden is Following Procedure especially of unlawful administrative Addition of Probation Supervision to Claimants Sentence being Impermissibly Confined Illegally which is a Direct Result of the Illegal Probation Hold!

Coty Jacqueaux
Coty ___
D.O.C 582262

## Statement of Claims continued

4) Plantiff states a pattern of Abuse to his 1st, 3rd, 4th, 5th, 8th, 10th, 11th And 12th Ammendment rights which has caused plantiff significant Hardship of his 1st Amendment right! Due to his Rights of Due Process the plantiff has been Incarcerated since June, 12, 2025 and has had a hold since in St. Martinville Parish and he can not fight his case as in Exibit 1 which he is innocent, Exhibit 2 states A Preliminary Exam that was uncostitutionaly Denied by Judge Thibodeaux on September 15, 2025.

5) Plantiff States Defendant's State of Louisiana Department of Public Safety & Corrections, St. Martinville Parish Government, Lafayette Parish Government with negligence Signed An Order of A Hold with Abuse of Process Discretionaly by choice and Power Abuse Held Plantiff with unlawful confinement and Seizure In St. Martinville Parish Jail

6) Plantiff Coty James Jacquneaux states he is Suing Angela Bossier for medical Malpractice Due to unlawful confinement Due for his Mental Health and denial to bring him to hospital (4) four days After being Attacked by prisoner Gregory Arceneaux. Defendant Deliberatly lied and took Plantiff of his psych meds After few weeks of writing ARP's finnally putting plantiff back on his meds which was reckless and callous and caused Indifference to MR. Jacquneaux's Rights which caused Plantiff's to suffer emotional Injuries as of Panic Attacks & Episodes, Depression, and Bipolar Episodes which defendant knowing Plantiff's Background of being hospitalized In over 10 Different mental Hospitals since he was 12 years old for mental & emotional Impairment also MR. Jacquneaux still has not been provided with All his phsych meds. Plantiff Also states St. Martinville Jail is Not properly Equipped with Mental Health Personel which he was informed In Grivance to Seek Mental Health After His Incerceration which is in Direct violation of His Rights.

print Coty Jacquneaux
Sign Coty Jacquneaux
D.O.C 582262

## Statement of Claims continued

7) Plantiff states while getting medicine in the morning on or about 8-30-25 from nurse Angela Bosser while speaking with her about his meds about her taking him off Deputy Chris Gerard use excessive force on Plantiff grabbed plantiff by the neck choked Plantiff with a shoving motion that plantiff could not swallow for days because of irritation and pain and all this was on camera! Also Plantiff wrote A Grievance About the Incident which warden mobley Picard & Captain Sonnier stated that Plantiff was lying on a deputy and if he filed Another Grievance that Plantiff will receive a punishment of lockdown & Deptinary Actions! Plantiff stop writing Grievances After that Thread.

8) Plantiff Coty James Jacquneaux states he was Assalted by D.o.C. Prisoner Gregory Arceaneaux & Matthew Jones which Gregory Arceaneaux is Incarcerated for Murder & Matthew Jones Aggrevated Charges and If plantiff was not on the Illegal Probation hold would have not sustained Injuries from the Attack of Fellow Inmates. Plantiff was treated and Photographed but Also Sustained back Injuries and hip & Leg Injuries which still haven't to x-rays or seen doctor in this case which Angela Bossier Denied plantiff to go to Hospital. Plantiff still suffers from Back pain and hip pain. Also Suffering From Anxiety, Non-sleep, and Nervousness. Plantiff was hit in the throat and face suffered from multiple Abrasions was denied Hospital Treatment. Plantiff Also States he was wrestled to the ground and sustained stomach Injuries and been having problems bleeding from the penis due from that day of the Attack. Possibly could be kidney's!

9) Plantiff Coty James Jacquneaux states He is being deprived of his liberty and Freedom Due to this unlawful Confinement by defendant's. Plantiff states under Color of State Law, A.D.A., I.I.E.D, FTCA, claims And Declaration of Rights being

print Coty Jacquneaux
sgn Coty [signature]
D.o.C 582262

Statement of Claims <u>continued</u>

continued
9) Violated that he is Entitled to Money Damage Compensatory and Punitive, Injunctive Relief, providing Evidence to the claim on Exibit 3 and 4 of Unlawful Confinement by department of Public Safety & Corrections; New Iberia Probation & Parole Agent Cdey Ramos. Plantiff Claims he has Exhausted All Remedies under P.C.R.A. And A.R.P.'s and wrote letters to Department of Public Safety, Department of Justice. Plantiff States by Deliberate Indifference suffered Physically, mentally, and Emotionally By Defendants. Plantiff States under the 8th Ammendment Cruel & Unusual punishment has Lost Wages, Lost Contact with Family & kids, Family & kids Lost Housing and moved to Shelter, Lost Rights to Access to Courts. Defendant's show a pattern of Abuse And Plantiff Coty Jacqueneaux has been Hurt & Injured when he should have been in A Risk-Free Enviroment Due to his Mental Conditions he suffers with. That being said Defendant's Breached their Duty As State Employee's And Failed to protect Plantiff From Harm. Defendant's Use Mallicious & Excessive Force As Abuse of Governmental Powers as officials.

10) Plantiff Coty James Jacquneaux States the city of St. Martinville, City of Lafayette, and the state should be liable for the illegal confinement and physical Injuries, As well as Mental Indifference he's suffering for not having proper Mental Health in The Jail of St. Martinville and not Allowing Plantiff All his Meds For his Mental Disability!

11) Plantiff States Defendants should not be immune from a Tort Action Lawsuit because maliciously After finding out kept Plantiff Incarcerated and After finding out about not having Jurisdiction the Plantiff is truly innocent Deliberatly cause Indifference For Financial, Physical, and Mental Hardship to plantiff Plantiff States there was an Unreasonable Time of Delay From the time he was arrested and the time he was terminated From probation! 06-12-25 thru 01-28-26!

Sign Coty
Print Coty Jacqueneaux
D.O.C 582262

Statement of Claims *continued*

12) Plantiff Coby Jacqueaux states ADA claim on St. Martinville parish should be liable because its staff does not have Adequate knowledge for plantiffs needs and After Plantiff Asking about A psychitrist and his meds other than the ones he recieved the Medical Depatment failure to Act and negligence shows deliberateness Acts of Denial. Failure to take steps to remedy those conditions constitutes Deliberate Indifference to Plantiffs mental-State. Which is a violation of the constitutional 8th Ammendment Cruel & Unusual punishment right Also known as Constitutional Deprivation. Such Allegations of An Inmate Conscious or callous Indifference to A prisoners Rights raises the mere Tort to a constitutional stature.

13) Plantiff Coby James Jacqueaux Suing Defendant's In their official & Individual Compacity For Declatory Relief pursuant 28 U.S.C. 2201 & 2202, Injunctive Releif Authorized by 28. U.S.C. Sec 2283 & 2284 And Rule 65 of Federal Rules of Civil Procedure.

14) The court has Supplemental Jurisdiction over plantiff's State Law Claims under 28 U.S.C. Sec 1367 Plantiffs Federal Tort Claims Acts are Authorized by 28 U.S.C. 1346

15) Plantiff Coby James Jacqueaux In Good-FAITh States he will never be back to the same condition he was before All this. That not only he is suffering but Also his Family Especially his kids Are Suffering finacially and emotionally distressed Since the Absense of Their Father. Plantiff States since there is such an absence of Available State Corrective processes and Circumstances exist that render such process ineffective to protect the rights of this Applicant. Plantiff filing U.S.C. 42 § 1983 For Excessive Use of Force, Illegal Search & Seizure, Malicious prosecution, In Effective assistance of Counsel, Unlawful Detention, Sec 1983 civil rights violations, negligence, outrageous conduct, prosecutoral misconduct, violation of 6 & 14 Ammendment

print Coby Jacqueaux   sign Coby Jacqueaux   D.O.C. 582262

Statements of Claims

16) Plantiff claims that All Government of Right originates with the people, is founded on their will alone, and instituted to protect the rights of the Individual and for the good of the whole. It's only Legitimate Ends Are to Secure Justice For All, preserve peace, protect the rights And promote the happiness and general welfare of the people. The rights enumerated in this Article are inalienable by the State and shall be preserved inviolate by the State of Louisiana. Plantiff States "No person shall be deprived of Life, Liberty or property, except by due Process of Law. Plantiff states His Right to Individual Dignity as to a Right for Judicial Review have been Abused & violated! Plantiff Also states that "No Law" shall subject Any person to euthanasia, to torture, or to cruel, excessive, or unusual Punishment.

17) Plantiff Coty James Jacqueaux Claims he is a Brick mason and makes $220 to $250 Dollars A day! Plantiff Also Claims that there is no Amount of money can distribute to the Lost Time he has incurred, The Hurt, Pain, and Mental Exhaustion he has been put through since this illegall confinement. Plantiff states the Facts presented in this case has Indisputable Merit And it's plausible on it's Face to receive Releif. Plantiff Also claim he is seeking that the Court to Draw Reasonable Inference by the Content of Facts that the Defendent's be liable for the misconduct Alleged if Proven!

18) Lastly Plantiff MR. Jacqueaux States Photographs & Request for medical Avail upon Requests of the courts. Also, Plantiff states he contacted Department of Justice, also American Civil Liberties Union to help proceed with this Lawsuit. Plantiff is Indigent filing in Forma Populis until Lawyer Adopts Case!

print Coty Jacqueaux
sign Coty [signature]
D.O.C 582262

<u>Releif</u>

1. Wherefore Plantiff respectfully and in Good Faith prayfully Ask the Court to Consider the Facts and enter judgement Granting Plantiff Coty Jacqueaux a declaration that the Acts and omissions Described here-In violates his Rights Under the Constitution and Laws of the United States and Louisiana and a Preliminary And Permanent Injuction ordering St. Martinville Parish Jail to Aquire mental Health personel to assist mental veterans and paitients like myself with there psych Needs!

2. Plantiff Coty James Jacqueaux Asks for his Stay In St. Martinville Jail until All proceedings And Judgements are Finalized to Finish Star Program and due to his Safety not getting Shipped due to Retaliation!

3. Plantiff seeks compenstory Damages of $250,000 against Each Defendant, Jointly and/or Severly

4. Plantiff seeks punitive Damages in the Amount $250,000 against Each Defendant, Jointly and/or severly

5. Plantiff seeks general damages for Injuries and medical After Release of $75,000.

6. Plantiff seeks punitive Damages Against Agent Coley Ramos In the Amount $50,000 For malicious And Evil Intentions

7. Plantiff seeks Compenstory Damages $25,000 Against Bekett Breaux

8. Plantiff seeks compenstory & Punitive Damages Agains Angela Bossier & medical Department In St. Martinville Jail For mental & medical malpractice In Amount $150,000

print Coty Jacqueaux
Sign Coty [signature]
D.O.C 582062

Relief

9. Plantiff seeks $10,000 From Warden Picard for Compenstory Damages

10. Plantiff seeks General Damages of $75,000 From the City of St. Martinville, La. "Mental Suffering"

11. Plantiff seeks General Damages of $75,000 From City Lafayette, Parish Louisiana "Mental Suffering"

12. Plantiff seeks Compenstory & punitive Damages From Robert Comeaux – Department of Public Safety $200,000

13. Plantiff seeks compenstory & punitive Damages of $20,000 From Deputy Chris Gerard

14. Plantiff seeks Recovery of Costs in this Suit! Court Costs, Lawyers, Filing Fee, etc. Seperate From Damages Awarded And Any Additional Relief this Court deems Just, Proper, And Equitable.

15. Plantiff seeks Jury Trial on All issues Triable by Jury!

16. Plantiff is An Indigent Inmate of St. Martinville Corrections Center At Address 400 St. Martin Street St. Martinville, Louisiana 70582
    – Grievances & Exibits Attached

17. Plantiff seeks (2) million $2,000,000 From the State of Louisiana For General Damages For False Confinement Mental Anguish Past & Future hardships Pain & Suffering, Lost Wages, Lost of Family Housing, Lost of Vehicle, Lost of Time

print Coty Jacqueneaux
sign [signature]
D.O.C # 582262

## Plantiffs Decleration

1) I Declare under penalty of Perjury that All Facts Represented in this complaint and Any Attachments here-to are true and correct.

2) I understand that if I'm Released or transfered it's my responsibilty to keep the Court informed of my whereabouts and Failure to do so may result in this Action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil Actions in a court of the United States while Incarcerated or Detained in any Facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relcif may be granted, unless I am immenent danger of serious Physical Injury.

4. I Understand that even if I'm allowed to proceed in Forma pauperis, I am responsible for paying the $350 fee and any costs assessed by Courts, which shall be deducted from my inmate account by my Custodian in instellment payments of $20.00 twenty dollars monthly as prescribed by Law.

Signed this 19th Day of January 2026

sign x [signature]   print Coty Jacquencaux  DOC# 582262